ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
CSRA LLC ) ASBCA No. 61638
)
Under Contract No. DAAB07-03-D-B007 *et al.* )

APPEARANCE FOR THE APPELLANT:          D. Joe Smith, Esq.
                                        Jenner & Block LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Arthur M. Taylor, Esq.
                                        DCMA Chief Trial Attorney
                                        Kara M. Klaas, Esq.
                                        Trial Attorney
                                        Defense Contract Management Agency
                                        Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 7, 2020

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61638, Appeal of CSRA LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals